In the Matter of the Will of EUGENIA C. ELY, Deceased.

MARIE E. E. FALLON, Appellant; SECURITY TRUST COMPANY OF ROCHESTER et al., as Executors of and Trustees under the Will of EUGENIA C. ELY, Deceased, Respondents.

Argued April 20, 1937; decided May 25, 1937.

*Erwin Bruce Hallett* and *H. Catherine Wagner Vaughan* for appellant.

*Charles P. Williams* for respondents.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.